United States District Court
Western District of
Arkansas.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 08 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Plaintiff(s)
Joy Veronica Hayes
v.
Defendant(s)          13-4005
Family Dollar Stores, Inc.

① Plaintiff(s)
Joy Veronica Hayes
36 Oakwood Drive
Nash, Texas 75569
(903) 506-5642

② Defendant(s)
Family Dollar Stores, Inc.
10401 Old Monroe Road
Matthews, North Carolina 28105

③ Jurisdiction - Diversity

④ Venue - Plaintiff Citizen of Another
State

Defendant Incorporated and
Principal Place of Business
In Another State.

I, Phong Joy Veronica Hayes contacted the Family Dollar store in Texarkana, Arkansas on August 1, 2011 concerning a three month outdated food item (exhibit 6) that I purchased earlier that day. After speaking with the store manager. She informed me that I could return the item to the Arkansas location or the nearest Family Dollar location along with my receipt for an exchange being that I reside in Nash, Texas. The store manager instructed for me to exchange the product at the Nash, Texas location, and ask for Ms. Connie who is the store manager. When I arrived at the Nash location. I explained to Ms. Connie that Tiffany the store manager for the Family Dollar Arkansas location instructed for me to come to the Nash Family Dollar location for an exchange so it would not be an inconvenience for me the customer to drive back to the Arkansas location. After attempting to exchange the outdated food product

1 OF 6

along with my store receipt. (Exhibit 6) Ms. Connie became belligerent and refused me services. A verbal and physical attack occurred on the manager behalf against me which resulted into me seeking medical attention (exhibit 1) along with taking Ill (exhibit 9) from the three month expired food product. After being physically attacked by the store manager. I asked Ms. Connie to notify the authorities since I did not have my cellphone. Ms. Connie started making verbal threats to me saying that she will notify the authorities and have me arrested. Once the authorities arrived, and analyzed the matter at hand. The officers exchanged the outdated product, and then furnished the district manager name, and number (exhibit 6) which Ms. Connie refused to furnish to me when I asked her for the information prior to the authorities arrival. After informing the authorities that I was attacked verbally and physically by Ms. Connie. Ms. Connie decided to issue

2 of 6

a claim and respects request on me out of retaliation. On August 2, 2011 I contacted Family Dollar Regional office, and spoke with Ms. Dottie who took a complaint via phone, and apologize for Ms. Connie poor judgement involving the Family Dollar return policy. Ms. Dottie then gave me verbal authorization to continue to shop at any Family Dollar in the near future. On August 9, 2011 I address a letter to Ms. Dottie in reference to the complaint I filed with her. (Exhibit 2) I then filed a complaint with the Better Business Bureau (exhibit 3) The Attorney General office; (exhibit 4) and The Food Drug and administrative. The Better Business Bureau, and the Attorney General forward my complaint to Corporate. Corporate contacted me via mail; (exhibit 3) and I contacted Corporate via phone. Corporate apologizes for Ms. Connie behavior, and stated that the complaint have been turned into the Family Dollar Claims department to resolve this matter with me. On November 16, 2011

3 of 6

Charles Collins who is the SR Counsel for the Family Dollar addressed a letter to the Attorney General Office stating he will explore any options to resolve this matter with the complainant. (Exhibit 4) After attempting to resolve this matter with the Family Dollar Corporation. I was arrested (exhibit 9) almost a year later at my residence pertaining to the criminal trespass that was supposed to be lifted by corporate which resulted to a breach of duty on their behalf. At this point, Mr. Collins were aware of the facts surrounding this case, and had first hand knowledge involving the criminal trespass. Mr. Collins knew prior to me being arrested that I was given verbal authorization by Ms. Dottie in Regional Office, and Ms. Linda Barron who is a supervisor in corporate claims department to continue to shop at any Family Dollar store in the near future. By me being wrongfully incarcerated due to a breach of duty. I was forced to spend time in

Jail (4 those weeks) seek legal counsel (Exhibit 7), bond out of Jail (exhibit 8) and have my reputation tarnished due to the Family Dollar employee's unprofessional manner in handling this case which resulted into me having severe emotional trauma and financial loss (exhibit 9) which resulted into me seeking counsel with my pastor. Prior to this incident involving my arrest, I had already suffered from intentional emotional distress, an assault, and defamation on behalf of Ms. Collins the Family Dollar store manager, and (exhibit 1 and exhibit 6) not to mention the negligence on the Family Dollar behalf. After my arrest, I addressed a letter to Ms. Collins on May 10, 2012 (exhibit 10) but never received a response from Ms. Collins. In the month of August (exhibit 11) I received two documents from Sedgwick claims department in reference to release of all claims. I declined to furnish my signature due

5 of 6

to the nature of this claim, and being that I have been out of more than $600.00 involving this incident. I addressed a letter to Sedgwick in response to two documents I received via mail. (Exhibit 12) I am also including two letters from Kraft Foods dated August 18, 2011 and September 1, 2011 as (exhibit 13) At this current time, it is my desire to reach a fair, and reasonable settlement involving the nature of this suit. I am seeking actual damages along with punitive damages from the Family Dollar Store to deter the Family Dollar and its employee's from engaging in this offensive conduct in the future. The damages I am seeking is seventy-five thousand dollars. If a fair, and reasonable settlement cannot be reach in good faith then I, plaintiff, demand a Jury trial.

Respectfully Submitted,
Jay Veronica Hayes
January 7, 2013

6 OF 10